11603.   FARMERS STATE BANK OF LINCOLNTON *v.* DESOTO BANKING CO.

LUKE, J.  The evidence in this case authorized the verdict, which has the approval of the trial judge, and, in view of the note of the trial judge approving the motion for a new trial, there is no error of law that requires a reversal of the judgment overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 25, 1921.

Complaint; from city court of Americus — Judge Harper. April 27, 1920.

*W. A. Dodson, W. H. Burwell,* for plaintiff in error.

*W. W. Dykes, John A. Fort,* contra.